IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RICHARD KELLY HESLEN, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 108-137 |
| | ) | |
| THURBERT E. BAKER, Attorney General, and RONALD STRENGTH, Sheriff, | ) ) ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED** without prejudice; Petitioner's pending "Motion to Proceed Pro Se" (doc. no. 2), "Motions for Entry of Evidence" (doc. nos. 3, 8, 14),[1] and "Motion to Produce Body at Time of Trial or Hearing" (doc. no. 7) are **MOOT**; and this civil action is **CLOSED**.

SO ORDERED this 10th day of November, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner filed a third "Motion for Entry of Evidence" following the issuance of the Magistrate Judge's Report and Recommendation. As this motion raises similar issues to those raised in the first two motions, a ruling on this motion is also appropriate as part of this Order.